

FILED

SEP 10 2020

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

*ANDREA DAVIS JR/ STEWART JOHN 355647C)*

*MARY WOMBLE, JAMES WHITE*

*RODNEY TONEY DAVON E McCLINTON*   *STAFF WOULDN'T ALLOW*

*KELLY DAVIS BRENDAN GLEASON*   *ME TO GET INMATE #S*

(Enter above the full name of the plaintiff   (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action). *SAUCTIOUS UNITFIED*

*( DANNY N/A)*   *(DELETED)*

**VERSUS**   **CIVIL ACTION NO.** *3:20-CV-00592*

(Number to be assigned by Court)

*KIR / ALDRIDGE / MAJOR*

*FLEMING / Lt DAVIS /*

*AMANDA McGREW / MEDICAL /*

*STAFF*

(Enter above the full name of the defendant
or defendants in this action)

## **COMPLAINT**

I.   **Previous Lawsuits**

A.   Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action or otherwise relating to your imprisonment?

Yes _____   No __X__

1

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.    Parties to this previous lawsuit:

          Plaintiffs: _N/A_____

          _____

          _____

          Defendants: _____

          _____

          _____

      2.    Court (if federal court, name the district; if state court, name the county);

          _____

_____

      3.    Docket Number: _____

      4.    Name of judge to whom case was assigned:

          _____

      5.    Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

          _____

_____

      6.    Approximate date of filing lawsuit: _____

      7.    Approximate date of disposition: _____

II.     **Place of Present Confinement:** _Western Region[ JAil_

    A.    Is there a prisoner grievance procedure in this institution?

                    Yes  _X_          No _____

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

                    Yes  _X_          No _____

    C.    If you answer is YES:

        1.    What steps did you take? _I sent multiple emails, grievances + Appeal forms_

        2.    What was the result? _Nothing 3 w/ rare occasions little too nothing_

    D.    If your answer is NO, explain why not: _____

                                _____

III.    **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.    Name of Plaintiff: _Andred Clifton Davis JR. #3556498_

            Address: _One Oak Vew Dr. Barborsville WV 25504_

    B.    Additional Plaintiff(s) and Address(es): _Stewart Jordan, Ricky Toney, Kei/ Davic Breland/Gardner, Dwone McClintoN, Jewel White, Matt/ Brandi Daily N/A Schulfique lattifieD (DeAD)_

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant: *HTR/ALDRIDGE*

is employed as: *Substitute Lut.*

at *WRJ*

D.   Additional defendants: *MGGR Fisanula, Lt Davis Medcal staff And (w) McGrew (Outside Pred Director)*

## IV.   Statement of Claim

State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Now comes Andred Davis Jr. and   (1 of 8) plantiffs. I have tried to gain fairness, equal treatment, and transparancy from the Western Regional Jail for myself and the inmates who were also involved in a Major issue that occurred on 3/29/20. However, I am left with no recourse but to submit this complaint. In this, I

4

IV.   **Statement of Claim (continued):**

shall outline a number of facts and (2 of 8)
issues alone. Not hyperbole nor conjecture
and allow the courts to determine if we
have a sufficient claim, allow me to
qualify: Issue 1.) I, and the other named
plantives minus (Toney and Jordan III) were
alleged to have been involved in a Assult
and Battery that occured on 3/29/20,
including myself and several other cont...

V.   **Relief**

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

I request $1,000 dollar's for everyday
I spent in the hole. $100,000 for being
subjected to Systemic Racism, denial of
due process pain and suffering while
inside segregation as I have previous heart
and mental issues staffs indifference in
exposing us to the posible Covid issues
and bringing Toney into the pod, a culture
of fear that I have to live with and

Issue I Continued.)                                    (3 of 8)

"White" inmates. All of the "White" inmates
escaped dicipline and culpbility. All of
the black inmates, including myself were taken
to the hole within a 24 hour period. When asked
why no white inmates who were also involved
were going to the hole. The Lt. Diamond said
it was quote "still under investigation", yet there
was no need to investigate any further, besides
the review of the video tape, when it came to
all of the alleged black participants. But
more investigation "was" needed when it came
to the "white" inmates. All of the black participants
were written up as a 1.08 write up. This states
(possesion of a weapon). When it should have
been a 1.02. Accordance with the charge Assult
and Battery. On 4/4/20, I had a conversation
with C.O. / Hearing officer Mr. Indicot, he told
me if I took a "plea" that the jail would
drop it to a Fight. I declined the "plea" and
he then brought me a continuance signed by
Sgt. Brewer. I was told that I would recieve
a hearing on the following week, but this
date came and went. On 4/15/20 I submitted
a grievance which was never returned. On
4/27/20 I submitted another one, this one
had no response to it, but had a #
20-WRJ-A5-292 listed. After doing several
more weeks in the hole, I recieved a refusal

Issue 1 (Continued.)                    (4 of 8)

order on the ticket because it was alleged that il would not leave the hole. il was found guilty and appealed it on 5/15/20 and turned it into C.O. Starberry. Never did il recieve a response on that. il have all documentation on these things and can prove easily if required. Not only was the tickets written up wrong, but my ticket had the wrong O.L.D.# on it aswell. Lt. Davis personally identified all of the black inmates yet wasn't able to identify any white inmates, interesting? il was forced to do 8 weeks in the hole without due process. All of the inmates except the two (Rodney Toney, and Stewart Longworth Jordan III) were involved in this event on 3/29/20. We were discriminated against, based on our race and subjected to punishments for alleged misconduct deemed exceptible for white prisoners.

Issue 2.) il would like to include Major Fleming, D.O.C, and outside prea, and Ms. Amanda A; all failed to respond to the claims that have been made against this jail. Wrongful action, or theft of my property occured when il was supposed to recieve a Book. il asked to see the

Issue 2 (continued.)                                    (5 of 8)
        the policy and why my book was
unexceptable. I was told that the (policy was
for staff only and not inmates) Additionally
after contacting outside prea, we were all told to
lockdown for a flex count, when other prisoners
asked why we are being locked down a C.O.
said "ask Davis" I believe they were
doing this so other inmates would afflict
violence against me in attempt to silence
me for writing multiple outside prea.
        Major Flemings priority seems to
be keeping a book "White Fragility" from
me and not violence due to race intresting?
Which brings me to my next issue.


        Issue 3.)
        In this jail there are many pod's
that will not allow any minorities. In
2013 I had suffered many injuries that
required hospitaliation at St. Mary's
from 8 white inmates in F4 pod. Black
inmates are assulted viciously and often
if placed on the pod's. and the staff condons
it and does nothing to eliminate this
behavior. If attempted to be placed
on the racist pod's. white inmates shout
out sayings for example (This is Sparta)
to detor black inmates from entering that

Issue 3 comtinued.)                    (6 of 8)
    pod.

Issue 4.)
        Happening at the moment is my
cell mate (Stewart Longworth Jordan III.) He
has been suffering from a serious case of
Athetes Feet. He is in pain, and both he
and I have requested help and attention
for him. The nurse gave him a foot cream
but it is inneffective and we were both
told that Mr. Jordan would recieve an
alternative treatment for him but still
no treatment weeks later, Mr. Jordan is
still currently Suffering.

Issue 5.)
        Im this Major issue Rodney Toney's
left arm was so infected that I had
to inform nurse Ashley V. and C.O.
Wiley during temp check's about his
condition. I told them that if they did
not get him help to be treated that whatever
happened to Mr. Toney would be on their
hand's. Over an hour later he immediatly
had to get hospitalized. I seen and
witnessed 4 day's after Mr. Toney being gone
was brought back into B5 pod ignoring
the 14 day quarantine and exposed all

Issue 5 continued.)

of all other inmates to more exposed virus. I have emailed Outside prea about the unsanitary conditions in the midst of the pandemic. but yet nothing has happend or helped the unsanitory condition here. I'm a 40 year old Black man who has had 2 open heart surgeries and I'm most vulnerble as are other Black men. This facility has stopped making a effort to keep us Covid-19 free, they've stopped coming into our pod to spray bleach everyday and they also stopped giving inmates Anti-bacterial bar soap. Again I do not feel safe with how this facility is protecting me in this case from an outside virus.

Issue 6.)

Additionally something to inform you about, the temprature says its roughly 75° in the pool all day, yet it doesn't messure the temprature in the cells. We can not breathe, its atleast 10° hotter when the cell doors are closed. And please do not insult my intelligence by using pandemic as an excuse farm temperture as it is a cool 67° in the hallways. If it were warm all over then this wouldnt be an issue. but its not staff are

Issue 6 continued.)

confortable, we suffer.

I've recieved no response. I've asked why there are no black cook's in the kitchen and why they dont move beyond dishwasher's aswell. To the best of my knowledge there are no black women who work here either. Please feel free to see all relevant emails via FOI.

"IN ADDITION," At 3:15AM on 8/31/20 I Aft the "BOX TOO INFORM STAFF Price & Cox that my cellmates I WERE EXTREME hot. So much so my nose BLEED. WE WERE IGNORED At ROUGH 6:05AM I INFORMED STAFF JORDAN (my cell mate) was vomitting & that the Heat was simply UNBEARABLE. Medical staff were present BUT Would NOT ENTER POD TO check on JORDAN TO ENSURE His well being AS we speak He is lying in a pool of sweat After I put HIM in the shower TOO cool off & cleaned His vomit up. These people Are simply Hateful No other way TOO SAY it. I'VE DONE All I can TO Ask FOR Help. WE HAVE EVEN BEEN cut off FROM Kiosk FOR Days. I BELIEVE this is NO Accident As it Hasn't Appened BEFORE I BEGAN my complaint Against These issues.

**V.     Relief (continued)):**

have been subjected to. I want $10,000
for every inmate charged with Assult and
Battery wrongfully and that was discriminated
against. I want $20,000 for Stewart Jordan
and the pain and suffering that he lives *(Cont.)*

**VII.    Counsel**

A.     If someone other than a lawyer is assisting you in preparing this case, state the person's name:

MARQUEZ McGEE, DONALD DAVIS

B.     Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____          No ✗

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: I AM BETTER THAN I WILL
DELIVER COMPLAINT AS I HAVE READ CONSTITUTION

C.     Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No ✗

6

Relief continued.)

through daily. I want $100,000 for Rodney Toney and the surgery done to his arm. I am to recieve 15 percent of Mr. Toney's settlement as it were I and I alone am responsible for results as he acknoledges and agrees too. Named defendants have 60 days from recieving this notice to contact me if they wish to negotiate a settlement and finalize if not we will proceed and see the entire process until its end.

Additionally on 8/27/20 at 8:30 a.m. I asked Srgt. Brewer how to go about getting the signatures listed on this claim He came back and said Lt. Diamond said no. W.R.F. attempts to destroy my efforts at every turn.

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20___

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ .
                    (Date)

_____

Signature of Movant/Plaintiff

_____

**Signature of Attorney**
**(if any)**

Conclusion.)

What I've outlined are clear facts. I was only given one complaint form so I had little choice but to provide as much info as possible. There are clearly two justice systems in America and they also exist in W.R.F the plausible deniability indiffrence and neglect of Black inmates has been addressed before, yet has gone unremied this facility embodies the true and correct definition of systemic racism It is covert. insidious, more deadly as it is a process as opposed to a single action it is a system that is uninclusive that beats you into sumission, isolates you ultimately crushing the will, your told these things only exist in your mind so much you almost believe them. Your labeled a trouble maker and given medication to dull the mental faculties then dismissed. I will not be so easily discouraged. I feel so strongly about these issues that I have put up my own money to further cause. I hope this is not lost on this court and only legimates. W.R.F. cares little or if at all for the saftey or the well being of black inmates. W.R.F. only wishes to punish and decipline black inmates when deemed mecessary yet

Conclusion continued )
allowing white inmates to continue doing
as they wish.
   And if Mr. Toney did not have me to
champion his calls the infection would have
spread to his heart and would have been dead.
Medical does not care either, they are poorly
trained and dismissive. Please your honor right
these wrong's, hold them accountable, as I
have to be accountable for what brought
me here. Accountability shouldn't be a
one way street.

8/31/20 10:20AM

Spoke with Councelor Stepp After asking
to recieve copies & send original too court
today... was told that id have to give it
too "her" to do so & could "not" send certified
or priorty either. When I declined to give
her my original she left. WRJ is attempting
to keep this information from the court
by A.V. meanS. Please feel free to deduct
what is nessisary in order to proceed from
funds at WRJ. Thanks).

Aldred Davis Jr.
One Chavon Pl.
Burronsville WV 25504



Clerk United States
845 5 Ave Rm 101
Huntington WV 25701